# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| In re | Case No.: 08-02005 |
| | Chapter 11 |
| HAWAIIAN TELCOM COMMUNICATIONS, INC., | |
| Debtor. | |
| | Adv. Pro. No. 11-90011 |
| SHULTS & TAMM, ALC as LITIGATION TRUSTEE, | |
| Plaintiff, | |
| vs. | |
| MICHAEL T. BROWN, | Re: Docket No. 21 |
| Defendant. | |

## MEMORANDUM CONCERNING EX PARTE APPLICATION FOR ORDER AUTHORIZING FILING OF EXHIBIT UNDER SEAL

This is an adversary proceeding in bankruptcy. Fed. R. Bankr. P. 7001.

Plaintiff has filed an ex parte application to file a Defendant's employment

agreement under seal. (dkt. no. 21). In this court, the filing of documents under

seal is governed by Local Bankruptcy Rule 9018-1.

In this adversary proceeding, Plaintiff, as Litigation Trustee, pursuant to

Debtor's confirmed chapter 11 plan of reorganization, seeks to recover, as avoidable preferences, fraudulent conveyances, and post-petition transfers, payments made to or for the benefit of Defendant Michael T. Brown, pursuant to termination of Brown's employment as Senior Vice President of Debtor.

Plaintiff's ex parte application does not explain or justify why the terms of Defendant's employment by Debtor should be kept confidential and be filed under seal.

Therefore, an order will be entered denying Plaintiff's Application to file the above described document under seal.

Dated: Honolulu, Hawaii, _____DEC 2 3 2011_____.

Lloyd King
United States Bankruptcy Judge

2